**Appeal Dismissed and Memorandum Opinion filed August 7, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00446-CV

### AR-RAHIM METAL TRADING, INC., Appellant

### V.

### JH WALKER INC. D/B/A JH WALKER TRUCKING, Appellee

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1099700**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 24, 2018. The notice of appeal was filed May 25, 2018.

Appellant appears to be a corporation but is not represented by counsel in this appeal. Rather, appellant is attempting to represent itself pro se through Mohamed Azam, described in the clerk's record as the owner of appellant. Azam is not an attorney. Only a licensed attorney may appear and represent a corporation in litigation. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d

455, 456 (Tex. 1996); *Simmons, Jannace & Stagg, L.L.P. v. The Buzbee Law Firm*, 324 S.W.3d 833, 833 (Tex. App.—Houston [14th Dist.] 2010, no pet.) (mem op.). On July 2, 2018, we requested that a notice of appearance of counsel for appellant be filed in this court by July 17, 2018. No response has been received.

Further, our records show appellant has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207. On June 28, 2018, this court ordered appellant to pay the appellate filing fee by July 9, 2018, or the appeal would be dismissed. The filing fee has not been paid.

The appeal is **DISMISSED**.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Busby.